IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN K. REED and  <br>BOBBY L. REED, SR.,  <br>Individually and ROCK K. REED  <br>and BOBBY L. REED, SR. as  <br>Co-Administrators of the Estate of  <br>BOBBY L. REED, JR.,  <br>  <br>Plaintiffs,  <br>v.  <br>  <br>UNITED STATES OF AMERICA,  <br>S-TEC CORPORATION, MEGGITT  <br>AVIONICS, INC., VIBRO-METER  <br>INC., MEGGITT-USA, INC., and  <br>ABC CORPORATION,  <br>  <br>Defendants. | )  <br>)  <br>)  <br>)  <br>)  <br>) CIVIL ACTION  <br>)  <br>)  <br>) FILE NO. 1:04-CV-2870-CAP  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>) |

**MOTION OF DEFENDANTS S-TEC CORPORATION, MEGGITT AVIONICS, INC.,VIBRO-METER, INC. AND MEGGITT-USA, INC. TO EXTEND DISCOVERY DEADLINE**

COME NOW Defendants S-TEC CORPORATION, MEGGITT AVIONICS, INC., VIBRO-METER, INC. and MEGGITT-USA, INC. (the "S-TEC Defendants"), by their attorneys, and hereby move this Court to extend the April 21, 2005 discovery deadline previously set in this case and respectfully request that the Court schedule a status conference so that an appropriate scheduling order can be entered. In support hereof, the S-TEC Defendants state as follows:

1

1. The present case arises out the crash of a Piper PA-32-300 shortly after takeoff from DeKalb-Peachtree Airport in Atlanta, Georgia on February 6, 2002. The pilot and three passengers died in the accident.

2. The Plaintiffs Carolyn K. Reed and Bobby L. Reed, Sr., individually, and Rock K. Reed and Bobby L. Reed, Sr. as co-administrators of the estate of Bobby L. Reed, Jr. (one of the decedents), filed suit on September 30, 2004 naming S-TEC Corporation, Meggitt Avionics, Inc., Vibro-Meter, Inc., and Meggitt USA, Inc. as defendants. Plaintiffs generally allege that the S-TEC Defendants negligently designed, manufactured, tested and/or distributed a defective S-TEC System 50 Autopilot on the accident aircraft.

3. The S-TEC Defendants filed their answers and affirmative defenses on November 22, 2004. At that time, the Court entered a discovery cutoff date of April 21, 2005.

4. The Plaintiffs also named the United States of America as an additional defendant, generally alleging that errors by Federal Aviation Administration air traffic controllers caused or contributed to the cause of the accident. The United States subsequently filed its motion for summary judgment on November 24, 2004, to which the Plaintiffs responded on

December 13, 2004. The Court has not yet ruled upon the United States' motion.

5. This litigation is complex and will require extensive factual and expert discovery involving the design and manufacture of sophisticated avionics equipment and aircraft operations issues, air traffic control and weather issues, as well as numerous economic and non-economic damages issues. In addition to this case, three other cases arising out of this accident are pending in this Court as well.

6. Additionally, the parties have not scheduled depositions or other discovery while the United States' summary judgment motion has been pending. Indeed, the Plaintiffs' counsel has not yet scheduled an initial meeting so that all counsel can discuss a proposed discovery schedule. This may also be attributable to the fact that the Plaintiffs' principal counsel, Edward Still, has been out of his office for much of February and March because of health reasons.

7. In light of the foregoing, the S-TEC Defendants believe that discovery cannot be completed by the April 21, 2005 discovery deadline. S-TEC's counsel has spoken with Plaintiffs' counsel, who has indicated that he is in agreement with the S-TEC Defendants' motion. The S-TEC Defendants therefore propose that the Court extend the April 21, 2005

3

discovery deadline, and schedule an initial status conference so that an appropriate scheduling order can be entered in recognition of the complex nature of this litigation.

WHEREFORE, the S-TEC Defendants respectfully request that the Court enter an order vacating the current April 21, 2005 discovery deadline, schedule an initial status conference to set an extended discovery period and such other issues as may be relevant to this case, and grant such other relief as the Court determines appropriate and just.

This 24th day of March, 2005.

_

s/_____

ANDREW J. EKONOMOU
Georgia Bar No. 242750

EKONOMOU ATKINSON & LAMBROS, LLC
450 The Hurt Building
50 Hurt Plaza, S.E.
Atlanta Georgia 30303
Telephone (404) 221-1000
Telefax (404) 577-3900

Of counsel:

Michael G. McQuillen
Mark S. Susina
ADLER MURPHY & McQUILLEN
One North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Telephone (312) 345-0700
Attorneys for the Defendants

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAROLYN K. REED and ) <br> BOBBY L. REED, SR., ) <br> Individually and ROCK K. REED ) <br> and BOBBY L. REED, SR. as ) <br> Co-Administrators of the Estate of ) <br> BOBBY L. REED, JR., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> S-TEC CORPORATION, MEGGITT ) <br> AVIONICS, INC., VIBRO-METER ) <br> INC., MEGGITT-USA, INC., and ) <br> ABC CORPORATION, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> FILE NO. 1:04-CV-2870-CAP |

## CERTIFICATE OF SERVICE

I hereby certify that on March 24th, 2005, I electronically filed the Motion of Defendants S-TEC Corporation, Meggitt Avionics, Inc., Vibro-Meter, Inc. and Meggitt-USA, Inc. with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorney's of record**:**

- Edward R. Still
- Terence M. Healy

This 24th day of March, 2005.

6

                            s/_____
                              ANDREW J. EKONOMOU
                              Georgia Bar No. 242750
                              Attorney for Defendant S-TEC
                              Corporation, Meggitt Avionics, Inc.,
                              Vigro-Meter, Inc., Meggitt-USA, Inc.

EKONOMOU ATKINSON & LAMBROS, LLC
450 The Hurt Building
50 Hurt Plaza, SE
Atlanta, Georgia 30303
Telephone: 404 - 221-1000
Telecopier: 404 - 577-3900
aekonomou@eallaw.com