UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAROLYN K. REED,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION FILE

NO. 1:04-cv-2870-CAP

## JUDGMENT

This action having come before the Court for consideration following a bench trial on July 7-9, 2006, before Judge Charles A. Pannell, Jr.. The issues have been tried or heard and the court having issued its Findings of Fact and Conclusions of Law, it is,

**Ordered and Adjudged** that there is no liability on the part of the United States concerning the crash of N4015W.

Dated at Atlanta, Georgia, this 31st day of August, 2006.

                                                   JAMES N. HATTEN
                                                 CLERK OF COURT

                                    By: _s/Elaine P. Moore_
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 31, 2006
James N. Hatten
Clerk of Court

By: _s/Elaine P. Moore_
      Deputy Clerk